# FINANCIAL AFFIDAVIT

**IN UNITED STATES** ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** USA v.s. Rosario

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Lorenzo Velasquez

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: 04-1069
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ NOT MARRIED
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ _____ SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE _____ DESCRIPTION _____

## DEPENDENTS

**MARITAL STATUS:** ✓ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED

**Total No. of Dependents:** 2

**List persons you actually support and your relationship to them:**
- ASHLEY VILLA - DAUGHTER
- ANNAIS VILLA - "

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APT. RENT | | $ | $ 900.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/31/04

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Ramon Villa AKA LORENZO VELASQUEZ