AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

__Lorenzo Velasquez__

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: __04m-1069-JGD__

I, __Lorenzo Velasquez__, charged in a ☐ complaint ☐ petition pending in this District __Massachusetts__ in violation of __21__, U.S.C., __841(a)(1) ; 846__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

__[signature]__, A/K/A
Defendant

__[signature] Natola__
Counsel for Defendant

__4/13/04__
Date