UNITED STATES DISTRICT COURT
FOR THE
MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 04-cr-10160-WGY |
| RAMON VILLA, a/k/a LORENZO VELASQUEZ | ) |

## MOTION FOR LEAVE TO WITHDRAW

Attorney Michael F. Natola respectfully moves the Court for leave to withdraw as counsel for the defendant in the above-referenced action, and for the Court to appoint successor counsel in his stead.

In support hereof, the moving party respectfully says:

1. He was appointed to represent the defendant pursuant to the Criminal Justice Act.

2. Subsequently, the moving party's partner, John C. McBride, was privately retained by co-defendant Anselmo Dominguez to represent him in the instant action.

3. An inherent conflict of interest has therefore arisen that is best and most fairly resolved by appointing new counsel for the defendant.

4. The defendant has heretofore been determined to be indigent and entitled to appointed counsel.

Respectfully submitted,

May 28, 2004

MICHAEL F. NATOLA
BBO No. 367580
McBRIDE and NATOLA
240 Commercial Street, Suite 2B
Boston, Massachusetts 02109
Tel. (617) 367-8844
Fax (617) 523-5153
E-mail Lazslo999@aol.com

## CERTIFICATE OF SERVICE

I, Michael F. Natola, attorney for the defendant herein, hereby certify that a true copy of the foregoing Motion for Leave to Withdraw was served the above date upon the following persons by first class mail:

A.U.S.A Kevin McGrath
One Courthouse Way, 9th Floor
Boston, MA 02210

Ramon Villa (Lorenzo Velasquez)
P.C.C.F.
26 Long Pond Road
Plymouth, MA 02360

John C. McBride, Esq. (In Hand)

MICHAEL F. NATOLA