UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.   JUAN ROSARIO, | ) | |
|     a/k/a "Carlos Castro; | ) | - 21 U.S.C. § 846 |
| 2.   JAVIER TORRES-ESPINO, | ) | Conspiracy to Distribute, |
|     a/k/a "Danny" | ) | And to Possess with Intent |
| 3.   GEORGE MONTILLA, | ) | To Distribute, Cocaine |
|     a/k/a "Jose;" | ) | |
| 4.   LUIS CASTRO, | ) | - 21 U.S.C. § 853 |
|     a/k/a "Nene" | ) | Criminal Forfeiture |
| 5.   RAMON VILLA, | ) | |
|     a/k/a "Lorenzo Velasquez) | | |
|     a/k/a "Ramon," | ) | |
|     a/k/a "Jose Andino; | ) | |
| 6.   ANSELMO DOMINGUEZ; | ) | |
| 7.   CESAR MIRANDA, | ) | |
|     a/k/a "Tutu;" and | ) | |
| 8.   PEDRO INFANTE, | ) | |
|     a/k/a "Alex;" | ) | |
| | ) | |
|         Defendants. | ) | |

## SUPERSEDING INDICTMENT

COUNT ONE:      (21 U.S.C. § 846 - Conspiracy to Distribute,
                and to Possess with Intent to Distribute,
                Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about
November 2003 and continuing to on or about March 31, 2004, at
Haverhill, Lawrence, Boston and elsewhere in the District of
Massachusetts, in Nashua in the District of New Hampshire, and in
New York City, in the Southern District of New York, and
elsewhere,

1.  JUAN ROSARIO,
    a/k/a "Carlos Castro;"
2.  JAVIER TORRES-ESPINO,
    a/k/a "Danny;"
3.  GEORGE MONTILLA,
    a/k/a "Jose;"
4.  LUIS CASTRO,
    a/k/a "Nene"
5.  RAMON VILLA,
    a/k/a "Lorenzo Velasquez,"
    a/k/a "Ramon,"
    a/k/a "Jose Andino;"
6.  ANSELMO DOMINGUEZ;
7.  CESAR MIRANDA,
    a/k/a "Tutu;" and
8.  PEDRO INFANTE,
    a/k/a "Alex;"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury further charges that:

1.   As a result of the offense alleged in Count One of this Indictment,

<div style="margin-left: 2em;">

1.   **JUAN ROSARIO,**
     **a/k/a "Carlos Castro;"**
2.   **JAVIER TORRES-ESPINO,**
     **a/k/a "Danny;"**
3.   **GEORGE MONTILLA,**
     **a/k/a "Jose;"**
4.   **LUIS CASTRO,**
     **a/k/a "Nene"**
5.   **RAMON VILLA,**
     **a/k/a "Lorenzo Velasquez,"**
     **a/k/a "Ramon,"**
     **a/k/a "Jose Andino;"**
6.   **ANSELMO DOMINGUEZ;**
7.   **CESAR MIRANDA,**
     **a/k/a "Tutu;" and**
8.   **PEDRO INFANTE,**
     **a/k/a "Alex;"**

</div>

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.  Such property includes, but is not limited to:

(a)   $7,150 in United States currency seized from GEORGE MONTILLA on March 12, 2004, in that such sum represents drug proceeds, and

(b)   $13,750 in United States currency seized from Jimenez Grocery at Lawrence, MA on March 30, 2004, in that such sum represents drug proceeds, and further represents monies the Defendants intended to use to purchase cocaine; and

2.    If any of the properties described in paragraph 1, above, as a result of any act or omission of the Defendants --

     (a)   cannot be located upon the exercise of due diligence;

     (b)   has been transferred or sold to, or deposited with, a third party;

     (c)   has been placed beyond the jurisdiction of the Court;

     (d)   has been substantially diminished in value; or

     (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1.   The defendant JUAN ROSARIO, a/k/a "Carlos Castro" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

2.   The defendant JAVIER TORRES-ESPINO, a/k/a "Danny" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

3.   The defendant GEORGE MONTILLA, a/k/a "Jose" is accountable for at least 2 kilograms, but not more than 3.5 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(6) applies to this defendant.

4.   The defendant LUIS CASTRO, a/k/a "Nene" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

5.   The defendant RAMON VILLA, a/k/a "Lorenzo Velasquez," a/k/a "Ramon," a/k/a "Jose Andino" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

6.   The defendant ANSELMO DOMINGUEZ is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.

Accordingly USSG §2D1.1(c)(7) applies to this defendant.

    7.    The defendant CESAR MIRANDA, a/k/a "Tutu" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(7) applies to this defendant.

    8.    The defendant PEDRO INFANTE is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/23/04 @ 2:35pm

**Criminal Case Cover Sheet**                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill        **Category No.**  II_____        **Investigating Agency**  DEA_____

**City**  Haverhill_____                **Related Case Information:**

**County**  Essex_____                Superseding Ind./ Inf.  X_____        Case No.  04-CR-10160-WGY
                                         Same Defendant  X_____        New Defendant_____
                                         Magistrate Judge Case Number  04-M-1069-JGD_____
                                         Search Warrant Case Number_____
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Ramon Villa_____        Juvenile:  ☐ Yes  X No

Alias Name  "Lorenzo Velasquez," "Jose Andino," "Ramon"_____

Address  187-189 Sanborn Street, Lawrence, MA_____

Birthdate: _____ SS # _____ Sex:  M____ Race:  Hispanic_____ Nationality: _____

**Defense Counsel if known:**  Paul Markham_____        Address  P.O. Box 1101_____

Bar Number  _____        Melrose, MA  02176_____

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie_____        Bar Number if applicable  _____

**Interpreter:**    X Yes    ☐ No        List language and/or dialect:  Spanish_____

**Matter to be SEALED:**    ☐ Yes  X  No

        ☐ Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date  03/30/04_____

X  Already in Federal Custody as of  03/30/04_____ in  Boston, MA_____.
☐ Already in State Custody at  _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X  Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony  2_____

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/23/04_____    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Ramon Villa, a/k/a "Lorenzo Velasquez," "Jose Andino," "Ramon" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill  **Category No.**  II  **Investigating Agency**  DEA

**City**  Haverhill

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.  X  **Case No.**  04-CR-10160-WGY
Same Defendant  X  New Defendant
Magistrate Judge Case Number  04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Javier Espino-Torres  Juvenile:  ☐ Yes  X No

Alias Name  Danny Parades

Address

Birthdate:  SS #  Sex: M  Race: Hispanic  Nationality:

**Defense Counsel if known:**  Address

Bar Number

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie  Bar Number if applicable

**Interpreter:**  X Yes  ☐ No  List language and/or dialect:  Spanish

**Matter to be SEALED:**  ☐ Yes  X No

☐ Warrant Requested  ☐ Regular Process  X In Custody

**Location Status:**

Arrest Date  03/31/04

X Already in Federal Custody as of  03/31/04  in  Southern District of New York.
☐ Already in State Custody at  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:  on

**Charging Document:**  ☐ Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/23/04  Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Javier Espino-Torres, a/k/a "Danny Parades" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II          **Investigating Agency**  DEA

**City**  Haverhill                    **Related Case Information:**

**County**  Essex                    Superseding Ind./ Inf.  X          Case No.  04-CR-10160-WGY
                                     Same Defendant  X          New Defendant
                                     Magistrate Judge Case Number  04-M-1069-JGD
                                     Search Warrant Case Number
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name  George Montilla                    Juvenile:  ☐ Yes    X No

Alias Name  Jose

Address  22 Hilltop Street, Lawrence, MA

Birthdate: _____ SS # _____ Sex: M  Race: Hispanic  Nationality: _____

**Defense Counsel if known:**  Ronald Segal, Esq.        Address  23 Central Avenue, Suite 605

Bar Number _____                    Lynn, MA 01901

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie                    Bar Number if applicable _____

**Interpreter:**  X Yes  ☐ No        List language and/or dialect:  Spanish

**Matter to be SEALED:**  ☐ Yes  X  No

☐ Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date  03/30/04

X Already in Federal Custody as of  03/30/04        in  Boston, MA        .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  9/23/04        Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     George Montilla, a/k/a "Jose" _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill      **Category No.**  II          **Investigating Agency**   DEA

**City**   Haverhill                  **Related Case Information:**

**County**   Essex              Superseding Ind./ Inf.   X          Case No.   04-CR-10160-WGY
                               Same Defendant   X          New Defendant
                               Magistrate Judge Case Number   04-M-1069-JGD
                               Search Warrant Case Number
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Luis Castro                    Juvenile:   ☐ Yes   X No

Alias Name      Nene

Address         1 Clocktower Place, Apt. 114, Nashua, NH

Birthdate: _____ SS # _____ Sex: M   Race: Hispanic      Nationality: _____

**Defense Counsel if known:**   Stephen D. Judge, Esq.      Address  23 Central Avenue., #605

Bar Number   _____           Lynn, MA 01901

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie              Bar Number if applicable   _____

**Interpreter:**   X Yes   ☐ No      List language and/or dialect:   Spanish

**Matter to be SEALED:**   ☐ Yes   X   No

      ☐ Warrant Requested      X Regular Process      ☐ In Custody

**Location Status:**

Arrest Date   _____

☐ Already in Federal Custody as of   _____ in   _____ .
☐ Already in State Custody at   _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   JGD          on   05/18/04

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/24/04        Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Luis Castro, a/k/a "Nene" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Haverhill   **Category No.** II   **Investigating Agency** DEA

**City** Haverhill

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X   Case No. 04-CR-10160-WGY
Same Defendant X   New Defendant
Magistrate Judge Case Number 04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Anselmo Dominguez   Juvenile: ☐ Yes  X No

Alias Name

Address 82 Temple Street, Haverhill, MA

Birthdate:   SS #   Sex: M   Race: Hispanic   Nationality:

**Defense Counsel if known:** John C. McBride, Esq.   Address 240 Commercial Street

Bar Number   Boston, MA 02109

**U.S. Attorney Information:**

AUSA Cynthia W. Lie   Bar Number if applicable

**Interpreter:**   X Yes  ☐ No   List language and/or dialect: Spanish

**Matter to be SEALED:**   ☐ Yes  X No

   ☐ Warrant Requested   X Regular Process   ☐ In Custody

**Location Status:**

Arrest Date 03/30/04

☐ Already in Federal Custody as of   in

☐ Already in State Custody at   ☐ Serving Sentence   ☐ Awaiting Trial

X On Pretrial Release: Ordered by: JGD   on 04/15/04

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

X   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/24/04   Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Anselmo Dominguez _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill    **Category No.**  II_____    **Investigating Agency**   DEA_____

**City**   Haverhill_____    **Related Case Information:**

**County**   Essex_____    Superseding Ind./ Inf.   X_____    Case No.   04-CR-10160-WGY
                                     Same Defendant   X_____    New Defendant _____
                                     Magistrate Judge Case Number   04-M-1069-JGD_____
                                     Search Warrant Case Number   _____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Pedro Infante_____    Juvenile:    ☐ Yes    X  No

Alias Name    Alex_____

Address    62 Jackson Street Extension, #1, Haverhill, MA_____

Birthdate: _____ SS # _____ Sex:  M_____ Race:  Hispanic_____ Nationality: _____

**Defense Counsel if known:**    _____    Address _____

Bar Number    _____    _____

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie_____    Bar Number if applicable   _____

**Interpreter:**    X Yes    ☐ No    List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    ☐ Yes   ☐   No

        ☐  Warrant Requested        ☐  Regular Process        ☐  In Custody

**Location Status:**

Arrest Date    Fugitive_____

☐ Already in Federal Custody as of    _____ in    _____
☐ Already in State Custody at    _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    _____ on    _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony   2_____

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

Date:   9/24/04_____    Signature of AUSA:    _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Pedro Infante, a/k/a "Alex"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill     **Category No.** II          **Investigating Agency** DEA

**City**  Haverhill          **Related Case Information:**

**County**  Essex          Superseding Ind./ Inf.  X          Case No.  04-CR-10160-WGY
                           Same Defendant  X          New Defendant
                           Magistrate Judge Case Number  04-M-1069-JGD
                           Search Warrant Case Number
                           R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Cesar Miranda          Juvenile:     ☐ Yes     X No

Alias Name  Tuto

Address

Birthdate: _____ SS # _____ Sex: M   Race: Hispanic   Nationality: _____

**Defense Counsel if known:**     Lenore Glaser, Esq.     Address  25 Kingston Street, 6th Floor

Bar Number  _____          Boston, MA  02111

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie          Bar Number if applicable  _____

**Interpreter:**   X Yes   ☐ No     List language and/or dialect:     Spanish

**Matter to be SEALED:**     ☐ Yes   X   No

       ☐ Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date     03/31/04

X Already in Federal Custody as of          03/31/04          in     Boston, MA          .
☐ Already in State Custody at          ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____          on _____

**Charging Document:**     ☐ Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: _____          Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Cesar Miranda, a/k/a "Tuto"_____

<div align="center">

**U.S.C. Citations**

</div>

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill        **Category No.**  II            **Investigating Agency**  DEA

**City**  Haverhill                 **Related Case Information:**

**County**  Essex                  Superseding Ind./ Inf.  X              Case No.   04-CR-10160-WGY
                                   Same Defendant      X            New Defendant _____
                                   Magistrate Judge Case Number    04-M-1069-JGD
                                   Search Warrant Case Number
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Juan Rosario                    Juvenile:    ☐ Yes    X No

Alias Name    Carlos Castro

Address    81 Blaisdell Street #1, Haverhill, MA

Birthdate:  1965    SS #  7818    Sex:  M    Race:  Hispanic    Nationality:

**Defense Counsel if known:**    Page Kelley, Esq.       Address  408 Atlantic Avenue

Bar Number                             Boston, MA 02210

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie              Bar Number if applicable

**Interpreter:**    X Yes    ☐ No        List language and/or dialect:    Spanish

**Matter to be SEALED:**    ☐ Yes   X   No

      ☐  Warrant Requested        ☐  Regular Process        X  In Custody

**Location Status:**

Arrest Date      03/30/04

X  Already in Federal Custody as of      03/30/04        in    Boston, MA              .
☐  Already in State Custody at                 ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**      ☐ Complaint      ☐ Information      X  Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:   9/24/04        Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Juan Rosario, a/k/a "Carlos Castro" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2    21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____