UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-CR-10160-WGY |
| | ) |
| JUAN ROSARIO, et al. | ) |

### JOINT STATUS REPORT

In accordance with LR 116.5(A), the parties hereby jointly file the following status report in this matter.

1. Local Rule 116.3 Timing Requirements

At this time the parties are not seeking relief from the timing requirements imposed by L.R. 116.3.

2. Expert Discovery

The parties do not anticipate expert discovery. However, any expert discovery subsequently obtained will be disclosed no later than 30 days prior to trial. Rebuttal expert discovery will be disclosed no later than 7 days before trial.

3. Additional Discovery

All Rule 16 and automatic discovery materials have been provided to defendant's counsel or made available for counsel's review.

4. Motion Date

The parties are jointly requesting that March 11, 2005 be set as the date for all motions to be filed.

1

5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

| | |
|---|---|
| 11/5/04-12/3/04 | Automatic Discovery period/Interests of Justice. |
| 12/4/04-12/20/03 | Sixteen days counted. |

The parties are requesting that the time between the filing of this initial status report and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations in the interests of justice to allow the parties to discuss the possibility of a resolution of this case without trial.

As of the Final Status Conference, 16 days will have been counted and 54 days will remain under the Speedy Trial Act.

6. <u>Anticipated Trial</u>

At this time, the parties cannot say yet whether a trial is anticipated.

7. <u>Final Status Conference</u>

The parties request that a Final Status Conference be scheduled for April 1, 2005, or as soon thereafter as is convenient for the Court.

Dated: December 17, 2004

Respectfully submitted,

```
                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY


                        By:   /s/ [signature]
                              _____
                              CYNTHIA W. LIE
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3183
```

_/s/ Kelley email consent Kelley_
_____
Dated: December ___, 2004

**Page Kelley**
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210
617-223-8061


_____
Dated: December ___, 2004

**Stephen D. Judge**
Law Office of Stephen D. Judge
23 Central Avenue, #605
Lynn, MA 01901


_____
Dated: December___, 2004

**Ronald Ian Segal**
Ronald Ian Segal
23 Central Avenue
Suite 605
Lynn, MA 01901
781-599-2800


_____
Dated: December___, 2004

3

*[signature]*

**Paul Markham**
PO Box 1101
Melrose, MA 02176
781-665-1800
Fax: 781-665-4448


_____*[signature]*_____

Dated: December___, 2004

**John C. McBride**
McBride and Natola
The Waterfront Building
240 Commercial Street
Boston, MA 02109
617-367-8844


_____*[signature]*_____

Dated: December___, 2004

**Lenore Glaser**
Law Office of Lenore Glaser
25 Kingston Street, 6th Floor
Boston, MA 02111-2022
617-753-9988

4