THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
vs.
JUAN ROSARIO, ET AL

Cr. 04-10160-WGY

## MOTION TO STRIKE

Now comes the defendant, Ramon Villa, and moves to strike as surplusage paragraph 5 in the NOTICE OF ADDITIONAL FACTS, which was added to the original indictment. The defendant relies on the Memorandum of Law filed herewith in support of this motion.

## REQUEST FOR ORAL ARGUMENT

It is respectfully requested that the Court hear oral argument on this motion as oral argument will assist the Court.

Respectfully submitted
Ramon Villa
By his attorney,

Paul F. Markham
PO Box 1101
Melrose, MA 02176
781-665-1800
B.B.O. 3208

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 4/22/05