THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
vs.
EDWIN RODRIGUEZ ET. AL.

Cr. 04-01671-NG
04-10160-WGY

MEMORANDUM IN SUPPORT OF MOTION
TO STRIKE

A. The superseding indictment is identical to the original indictment in all respects except for the addition of the NOTICE OF ADDITIONAL FACTS. An indictment under Fed. R. Crim. R. Rule 7(c) (1) "shall be a plain, concise and definite written statement of the essential facts constituting the offense charged". It is submitted that the added NOTICE OF ADDITIONAL FACTS does not comply with the requirements of the rule in that it does not charge an "offense" and is therefore surplusage.

B. In the event the defendant pleads guilty to the indictment, his plea is an agreement to or acceptance of the penalty provided in USSG 3D1 (c) (7).

Respectfully submitted
Ramon Villa
By his attorney,

Paul F. Markham
PO Box 1101
Melrose, MA 02176
781-665-1800
B.B.O. 3208

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 4/20/05