UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | |
| | ) | |
| **RAMON VILLA** | ) | |
| Defendant. | ) | |

### GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Ramon Villa notified the government of defendant's intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that defendant be awarded a three-point reduction for acceptance of responsibility.

Dated: October 13, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  */s/ Cynthia W. Lie*

CYNTHIA W. LIE
WILLIAM CONNOLLY
Assistant U.S. Attorneys