```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      04-10160

 4

 5

 6   * * * * * * * * * * * * * * * * *
                                      *
 7   UNITED STATES OF AMERICA         *
                                      *
 8   v.                               *   SENTENCING EXCERPT
                                      *
 9   RAMON VILLA                      *
                                      *
10   * * * * * * * * * * * * * * * * *

11

12           BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        October 13, 2005
```

```
 1           THE COURT:  Mr. Ramon Villa, in consideration of
 2   the sentencing factors enumerated in 18 United States Code,
 3   Section 3553(a), the information from the United States
 4   Attorney, your attorney, the probation office, and yourself,
 5   this Court sentences you to be committed to the custody of
 6   the Bureau of Prisons to be imprisoned for a term of 42
 7   months; thereafter, the Court imposes upon you no fine due
 8   to your inability to pay a fine, four years of supervised
 9   relet's, and a $100 mandatory special assessment.
10           The special conditions of your supervised release
11   are that you not commit any other crime nor illegally
12   possess a controlled substance.  You shall submit to one
13   drug test within 15 days from the release from imprisonment
14   and two periodic drug tests thereafter not to exceed 104
15   tests per year.
16           You shall submit to a collection of a DNA sample as
17   directed by the probation office.  You are prohibited from
18   possessing a firearm, destructive device or other dangerous
19   weapon.  You're to participate in a program for substance
20   abuse as directed by the probation office, and you are
21   required to contribute to the costs of services for such
22   treatment.
23           If order deported you are to leave the United
24   States not to return without the prior permission of the
25   Secretary of the Department of Homeland Security.
```

```
 1            You shall use your true name and you are prohibited
 2       from using any false identifying information.
 3            Let me explain that sentence to you, Mr. Villa.
 4       This didn't just happen.  This isn't something you didn't
 5       want to get involved in.  This is an intentional commission
 6       of a most serious offense.  If you're in denial of that
 7       basic fact there's a very real risk that you may be back
 8       before the Court again.  You are guilty of a most serious
 9       intentional offense against the laws of the United States.
10            There's only one reason why your sentence is not
11       more than five years in custody.  And that reason is once
12       you were arrested you did everything right.  And I do take
13       that into account.
14            I do accept that you love your daughters very much.
15       But if you're sorry for anything, you're sorry you got
16       caught.
17            This is a just and a fair sentence.  You have the
18       right to appeal from any findings or rulings this Court has
19       made against you.  If you appeal, should you appeal and
20       should your appeal be successful in whole or in part, the
21       case will be resentenced before another judge.
22            You will receive custody from March 31, 2004, for
23       the time you have -- you shall receive credit for the time
24       you have remained in custody since March 31, 2004.
25            He's remanded to the custody of the marshals.
```

```
 1    Thank you.  We'll recess.
 2              THE CLERK:  All rise.
 3              (Whereupon the matter concluded.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```